United States District Court
Southern District of Texas
**ENTERED**
August 10, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| LETICIA GUZMAN, "Plaintiff," | § | |
| | § | |
| v. | § | Civil Action No. 1:25-cv-00353 |
| | § | |
| JOHN DOE AND ROSS STORES, INC., "Defendants." | § | |

**ORDER**

Before the Court is the "Report and Recommendation to Grant Plaintiff's Motion for Leave to Amend Complaint and Motion to Remand to State Court" (Dkt. No. 15) ("Report and Recommendation"). The Report and Recommendation recommends that the Court: (1) Grant Plaintiff's "Opposed Motion to for Leave to Amend Pleadings" (Dkt. No. 9) ("Motion for Leave"); (2) Grant Plaintiff's "First Amended Opposed Motion to Remand" (Dkt. No. 11) ("Amended Motion to Remand"); (3) Moot Plaintiff's "Motion to Remand" (Dkt. No. 10) ("Motion to Remand"); (4) Order the case remanded to the 138th District Court of Cameron County, Texas; and (5) Direct the Clerk of Court to close this case. Dkt. No. 15 at 9.

The R&R was published on July 21, 2026, and objections to the R&R were due on August 4, 2026. Since no objections were filed to the magistrate's ruling, the Court reviews the magistrate judge's conclusions for clear error. *See Guillory v. PPG Indus.*, 434 F.3d 303, 308 (5th Cir. 2005).

Finding no clear error, abuse of discretion, or finding contrary to law, the Report and Recommendation (Dkt. No. 15) is **ADOPTED**. Plaintiff's Motion for Leave (Dkt. No. 9) and Amended Motion to Remand (Dkt. No. 11) are hereby **GRANTED**, and Plaintiff's Motion to Remand (Dkt. No. 10) is hereby **MOOT**. It is **ORDERED** that the case be remanded to the 138th District Court of Cameron County, Texas. The Clerk of the Court is **ORDERED** to close this case.

SIGNED this August 10, 2026

Rolando Olvera
United States District Judge